**WO**     IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Richerd Chatlin,<br>              Defendant. | CR-09-1086-PHX-JAT<br><br>ORDER OF DETENTION |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

The Court incorporates and adopts by reference the assessment of nonappearance/danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

Defendant does not dispute the information contained in the Pretrial Services Report.

By a preponderance of the evidence defendant is a flight risk and requires detention pending trial.

At this time, no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

///
///
///
///

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at an appropriate halfway house facility. Should the defendant be an acceptable candidate, defense counsel or Pretrial Services shall file a Motion to Reconsideration Detention and contact Magistrate Judge Edward C. Voss' chambers for a hearing date.

DATED this 17th day of September, 2009.

Edward C. Voss
United States Magistrate Judge